# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0228. WILLIAM MIDDLETON v. THE STATE.**

In November of 2005, William Middleton pled guilty to sexual exploitation of children. In 2012, he filed a motion in arrest of judgment and to vacate his guilty plea. The trial court denied the motion on January 4, 2013, and Middleton filed this application for discretionary appeal.

An order denying an out-of-time motion to withdraw a guilty plea is directly appealable, as is an order denying a motion in arrest of judgment. *Lay v. State*, 289 Ga. 210, 211 (2) (710 SE2d 141) (2011); *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Middleton's application is GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/19/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*